PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| GABRIEL ALFREDO ORTEGON-JIMENEZ, | CASE NO. 2:23-CV-01270-JDP |
|---|---|
| Petitioner, | |
| v. | ~~[PROPOSED]~~ ORDER |
| WARDEN, FCI-HERLONG, | |
| Respondent. | |

On October 10, 2023, the Respondent's requested an extension of time to October 20, 2023, to file its response or motion to dismiss.

IT IS HEREBY ORDERED that the Respondent's request for an extension is granted. The response is now due October 20, 2023.

IT IS SO ORDERED.

Dated:   October 12, 2023                    _____
                                              JEREMY D. PETERSON
                                              UNITED STATES MAGISTRATE JUDGE