1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GABRIEL ALFREDO ORTEGON-            Case No.  2:23-cv-01270-JDP (HC)
     JIMENEZ,
12                                       **ORDER**
                    Petitioner,
13                                       DIRECTING THE CLERK OF COURT TO
          v.                             RANDOMLY ASSIGN A DISTRICT JUDGE
14                                       TO THIS MATTER
     WARDEN,
15                                       **FINDINGS AND RECOMMENDATIONS**
                    Respondent.
16                                       THAT THE PETITION BE DISMISSED
                                         WITHOUT PREJUDICE FOR FAILURE TO
17                                       PROSECUTE AND FAILURE TO COMPLY
                                         WITH COURT ORDERS AND THAT
18                                       RESPONDENT'S MOTION TO DISMISS BE
                                         DENIED AS MOOT
19
                                         ECF No. 10
20
                                         OBJECTIONS DUE WITHIN FOURTEEN
21                                       DAYS

22

23         On October 19, 2023, respondent filed a motion to dismiss.  ECF No. 10.  On November

24   27, 2023, after petitioner failed to file an opposition or statement of non-opposition within

25   twenty-one days, I ordered him to show cause within twenty-one days why this action should not

26   be dismissed for his failure to prosecute.  ECF No. 11.  I notified him that if he wished to

27   continue with this action, he must, within twenty-one days, file an opposition or statement of non-

28   opposition to respondent's motion to dismiss.  *Id.*  I also warned him that failure to comply with

                                             1

1   that order would result in a recommendation that this action be dismissed. *Id*.

2       The deadline has passed, and petitioner has neither filed a response to the motion to

3   dismiss nor otherwise responded to the November 27, 2023 order.

4       Accordingly, it is hereby ORDERED that the Clerk of Court shall randomly assign a

5   United States District Judge to this case.

6       Further, it is hereby RECOMMENDED that:

7       1. This action be dismissed without prejudice for failure to prosecute and failure to

8   comply with court orders, for the reasons set forth in the November 27, 2023 order.

9       2. Respondent's motion to dismiss, ECF No. 10, be denied as moot.

10      3. The Clerk of Court be directed to close the case.

11      These findings and recommendations are submitted to the United States District Judge

12  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days of

13  service of these findings and recommendations, any party may file written objections with the

14  court and serve a copy on all parties.  Such document should be captioned "Objections to

15  Magistrate Judge's Findings and Recommendations."  Any response shall be served and filed

16  within fourteen days of service of the objections.  The parties are advised that failure to file

17  objections within the specified time may waive the right to appeal the District Court's order.

18  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir.

19  1991).

20

IT IS SO ORDERED.

21

22

Dated:    January 3, 2024                          _____

23                                                 JEREMY D. PETERSON
                                                   UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

2